JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marc Weisman,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Assurity Life Insurance Company ,<br><br>　　　　　Defendant(s).<br>_____ | CV 23-00752-JVS(AGRx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 30 days, to reopen the action if settlement is not consummated.

DATED: Setpember 13, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge