UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WEISMAN,<br><br>              Plaintiff,<br><br>       v.<br><br>ASSURITY LIFE INSURANCE COMPANY,<br><br>              Defendant. | Case No. 2:23-CV-00752-JVS-AGR<br><br>[Hon. James V. Selna]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

///
///
///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4881-8487-4362 v1

1

Case No. 2:23-CV-00752-JVS-AGR
ORDER GRANTING STIPULATION FOR DISMISSAL

IT IS HEREBY ORDERED that above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

Dated: September 22, 2023     By: _____
                                  Hon. James V. Selna
                                  United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4881-8487-4362 v1

2

Case No. 2:23-CV-00752-JVS-AGR
ORDER GRANTING STIPULATION FOR DISMISSAL